## HOFFMAN v. N.C. DEPT. OF MOTOR VEHICLES

No. 615P86.

Case below: 82 N.C. App. 761.

Upon reconsideration of the notice of appeal filed by plaintiff pursuant to G.S. 7A-30, the motion by defendant to dismiss the appeal for lack of a substantial constitutional question, and the petition by plaintiff for discretionary review pursuant to G.S. 7A-31, the motion to dismiss the appeal is allowed and the petition for discretionary review is denied 2 December 1987.

## HOME ELECTRIC CO. v. HALL AND UNDERDOWN HEATING AND AIR COND. CO.

No. 487PA87.

Case below: 86 N.C. App. 540.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1987.

## IN RE BRACEY

No. 163P87.

Case below: 84 N.C. App. 567.

Petition by Thurman McKinney for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## MACON v. CAMPBELL CO.

No. 525P87.

Case below: 87 N.C. App. 176.

Petition by defendant (Allen M. Campbell Co. General Contractors, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## NEW BERN ASSOC. v. THE CELOTEX CORP.

No. 523P87.

Case below: 87 N.C. App. 65.

Petition by third-party defendant (T. A. Loving Co.) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.